

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Robert E. Barberee
and Jane Barberee,

* From the 266th District Court
   of Erath County,
   Trial Court No. CV31048.

Vs. No. 11-16-00316-CV

* October 4, 2018

Todd Fanning and
Fanning Construction, Inc.,

* Memorandum Opinion by Bailey, C.J.
   (Panel consists of: Bailey, C.J.;
   Gray, C.J., sitting by assignment;
   and Wright, S.C.J., sitting by
   assignment)
   (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Robert E. Barberee and Jane Barberee.